**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00646-AP

JANICE GALLEGOS, individually and as next friend of A.N.G., a minor,

and

STARLA ROMINE, individually and as next friend of R.I.A.G., a minor,

AS SUBSTITUTE PARTIES FOR CLAIMANT

LEROY D. GALLEGOS (DECEASED)

                        Plaintiffs,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Robert C. Dawes | JOHN F. WALSH |
| ROBERT DAWES LLC | United States Attorney |
| PO Box 2547 | KEVIN TRASKOS |
| Durango, CO 81302 | Assistant United States Attorney |
| Telephone: (970) 375-1114 | Chief, Civil Division |
| Rob@robdawes.com | United States Attorney's Office |
| | District of Colorado |
| | Kevin.traskos@usdoj.gov |

ALEXESS D. REA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7101
Alexess.rea@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** March 14, 2012
    **B. Date Complaint Was Served on U.S. Attorney's Office:** March 21, 2012
    **C. Date Answer and Administrative Record Were Filed:** May 21, 2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states:** To the best of his knowledge the Record is complete.
    **Defendant states:** To the best of his knowledge, the Record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:** None anticipated
    **Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7. OTHER MATTERS**

    None.

**8. BRIEFING SCHEDULE**

    **A. Plaintiff's Opening Brief Due:** July 20, 2012
    **B. Defendant's Response Brief Due:** August 20, 2012

**C. Plaintiff's Reply Brief (If Any) Due:** September 4, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:** Oral Argument is not requested.
**B. Defendant's Statement:** Oral Argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 12th day of June, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiffs: | For Defendant: |
|---|---|
| s/ Robert C. Dawes<br>ROBERT C. DAWES<br>Robert Dawes LLC<br>PO Box 2547<br>Durango, CO 81302<br>Telephone: (970) 375-1114<br>rob@robdawes.com<br><br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/ Alexess D. Rea<br>   ALEXESS D. REA<br>   Special Assistant U. S. Attorney<br>   Office of the General Counsel<br>   Social Security Administration<br>   1001 17th Street<br>   Denver, CO 80202<br>   Telephone: (303) 844-7101<br>   Alexess.rea@ssa.gov<br><br>Attorneys for Defendant |