IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00646-AP

**JANICE GALLEGOS, individually and as next friend of A.N.G., a minor,**

**and**

**STARLA ROMINE, individually and as next friend of R.I.A.G., a minor,**

**AS SUBSTITUTE PARTIES FOR CLAIMANT**
**LEROY D. GALLEGOS (DECEASED)**

                **Plaintiffs,**

vs.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

                **Defendant.**

---

**ORDER**

---

Upon consideration of Plaintiffs' Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #21), filed August 31, 2012. The motion is GRANTED.

IT IS ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $6,000.00, to be made payable to Plaintiffs and mailed to counsel of record.

DATED this 4th day of September, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. District Court Judge